210-16

# ELECTRONIC RECORD

COA # 10-15-00024-CR

OFFENSE: Sexual Abuse of a Child

STYLE: Gary Raymond Balboa v. The State of Texas

COUNTY: McLennan

TRIAL COURT: 19th District Court

TRIAL COURT #: 2014-204-C1

TRIAL COURT JUDGE: Hon. Alan M. Mayfield

DISPOSITION: AFFIRMED

_____ MOTION

FOR REHEARING IS: _____

DATE: _____

JUDGE: _____

DATE: January 28, 2016

JUSTICE: Scoggins          PC          S   YES

PUBLISH: _____          DNP:   YES

CLK RECORD: March 24, 2015          SUPP CLK RECORD: _____

RPT RECORD: May 28, 2015          SUPP RPT RECORD: _____

STATE BR: November 25, 2015          SUPP BR: _____

APP BR: September 24, 2015          PRO SE BR: _____

# IN THE COURT OF CRIMINAL APPEALS

ELECTRONIC RECORD

CCA # 210-16

--------------------

___APPELLANT'S Petition

FOR DISCRETIONARY REVIEW IN CCA IS:

REFUSED

DATE: 04/27/16

JUDGE: _____

Disposition: _____

DATE: _____

JUDGE: _____

SIGNED: _____          PC: _____

PUBLISH: _____          DNP: _____

--------------------

_____ MOTION FOR REHEARING IN

CCA IS: _____ ON _____

JUDGE: _____

MOTION FOR STAY OF MANDATE IS:

_____ ON _____

JUDGE: _____